```
         FILED      ___ LODGED
___ RECEIVED   ___ COPY

        OCT 3 1 2017

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. CR-17-01456-PHX-SPL(BSB) |
| v. | **INDICTMENT** |
| Angel Avendano-Arredondo,<br>a.k.a.: Angel G. Arredondo,<br>a.k.a.: Anguel Guadel Avendano-Arredndondo,<br>a.k.a.: Angel G. Avenano-Arredondo, | VIO: 8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien)<br>Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about January 21, 2015, at or near Phoenix, in the District of Arizona, ANGEL AVENDANO-ARREDONDO, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 16, 2014, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
_____
FOREPERSON OF THE GRAND JURY
Date: October 31, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
_____
CASSIE BRAY WOO
Assistant U.S. Attorney